**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey (Trenton)**

IN RE:
Debtors: Eric L Nelson and Donna L Nelson

Case No.:  20-15786
Loan Number (Last 4):  3022

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| MTGLQ Investors, L.P. | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |
| | |
| PO Box 65250 | Court Claim # (if known): 10 |
| Salt Lake City, UT 84165 | Amount of Claim:  $338,115.30 |
| | Date Claim Filed:  06/08/2020 |
| | |
| Phone:  1-800-258-8602 | Last Four Digits of Acct #:  2980 |
| Last Four Digits of Acct #:  3022 | |

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:  1-800-258-8602
Last Four Digits of Acct #:  3022

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ John Shelley                                    Date:  02/21/2021
    InfoEx, LLC, as authorized filing agent
    (Approved by: Callie Nelson)

Specific Contact Information:
Callie Nelson - BK Specialist
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

492328-328e0548-194e-4454-923a-089693946596