| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-15786 / MBK**

Eric L Nelson
Donna L Nelson

Petition Filed Date: 04/23/2020
341 Hearing Date: 05/21/2020
Confirmation Date: 06/10/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/04/2020 | $220.00 | 67615950 | 05/27/2020 | $220.00 | 68158850 | 06/19/2020 | $220.00 | 68754340 |
| 07/16/2020 | $220.00 | 69431210 | 08/20/2020 | $220.00 | 70243810 | 09/17/2020 | $220.00 | 70923660 |
| 10/26/2020 | $220.00 | 71828980 | 12/02/2020 | $220.00 | 72791290 | 12/28/2020 | $220.00 | 73338300 |
| 01/21/2021 | $220.00 | 73933780 | 02/23/2021 | $220.00 | 74700300 | | | |

**Total Receipts for the Period: $2,420.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,420.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eric L Nelson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq. | Attorney Fees | $3,500.00 | $1,807.74 | $1,692.26 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2019 | Priority Creditors | $543.59 | $0.00 | $543.59 |
| 2 | DISCOVER BANK | Unsecured Creditors | $798.38 | $0.00 | $798.38 |
| 3 | ALLY FINANCIAL<br>»» 2008 DODGE RAM PICKUP | Debt Secured by Vehicle | $13.62 | $0.00 | $13.62 |
| 4 | ALLY CAPITAL<br>»» 2018 HYUNDAI SANTA FE | Debt Secured by Vehicle | $78.05 | $0.00 | $78.05 |
| 5 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $348.28 | $0.00 | $348.28 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» FAIR SQUARE | Unsecured Creditors | $378.67 | $0.00 | $378.67 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,559.70 | $0.00 | $1,559.70 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,586.93 | $0.00 | $2,586.93 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,425.14 | $0.00 | $1,425.14 |
| 10 | MTGLQ Investors<br>»» P/843 MAIN ST/1ST MTG/NATIONSTAR | Mortgage Arrears | $4,261.66 | $0.00 | $4,261.66 |
| 11 | NJ DIVISION OF TAXATION<br>»» 2019 | Priority Creditors<br>Hold Funds: Per Plan | $105.00 | $0.00 | $105.00 |
| 12 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $417.56 | $0.00 | $417.56 |
| 13 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $774.41 | $0.00 | $774.41 |

**Chapter 13 Case No. 20-15786 / MBK**

| 14 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $2,393.26 | $0.00 | $2,393.26 |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BIG LOTS | Unsecured Creditors | $625.47 | $0.00 | $625.47 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BOSCOV'S | Unsecured Creditors | $1,208.46 | $0.00 | $1,208.46 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BARCLAYS/MERCURY MC | Unsecured Creditors | $3,815.01 | $0.00 | $3,815.01 |
| 18 | QUANTUM3 GROUP LLC<br>»»  AVENUE | Unsecured Creditors | $828.11 | $0.00 | $828.11 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,420.00 | Plan Balance: | $8,620.00  ** |
| Paid to Claims: | $1,807.74 | Current Monthly Payment: | $220.00 |
| Paid to Trustee: | $199.10 | Arrearages: | ($220.00) |
| Funds on Hand: | $413.16 | Total Plan Base: | $11,040.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**