UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:  CASE NO.: 20-15786
CHAPTER 13

**Eric L Nelson,**
   Debtor.

**Donna L Nelson,**
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 7004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 7004
Telephone: 470-321-7112

By: /s/Harold Kaplan
   Harold Kaplan
   Email: hkaplan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 27, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ERIC L NELSON
843 MAIN STREET
BELFORD, NJ 07718

DONNA L NELSON
843 MAIN STREET
BELFORD, NJ 07718

And via electronic mail to:

LAW OFFICE OF WARREN BRUMEL
65 MAIN STREET, PO BOX 181
KEYPORT, NJ 07735

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Hauoli Smith-Lopez