**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:                                                                              CASE NO.: 20-15786-MBK
                                                                                                   CHAPTER 13

**Eric L Nelson,**

**Debtor,**

**Donna L Nelson,**

**Joint Debtor.**

_____/

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Wilmington Savings Fund Society, FSB, d/b/a                MTGLQ Investors, L.P.
Christiana Trust, not individually but as trustee for        Name of Transferor
Pretium Mortgage Acquisition Trust
Name of Transferee
Name and Address where notices to Transferee               Court Claim # (if known): 10-1
should be sent:                                                            Amount of Claim: 338,115.30
Selene Finance, LP                                                       Date Claim Filed: 6/8/2020
9990 Richmond Ave. Suite 400 South Attn: BK
Dept
Houston  TX  77042
Phone:                                                                       Phone: 1-800-258-8602
Last Four Digits of Acct #: 8523                              Last Four Digits of Acct #: 3022


Name and Address where Transferee payments
should be sent (if different from above):
Selene Finance, LP
9990 Richmond Ave. Suite 400 South Attn: BK Dept
Houston  TX  77042

Phone:
Last Four Digits of Acct #: 8523

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Harold Kaplan                           Date:    09/28/2021

Transferee/Transferee's Agent
*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*


21-095793 - JaT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 1, 2021                    , I electronically filed
the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has
been served via United States Mail to the following:

ERIC L NELSON
843 MAIN STREET
BELFORD, NJ 07718

DONNA L NELSON
843 MAIN STREET
BELFORD, NJ 07718

And via electronic mail to:

LAW OFFICE OF WARREN BRUMEL
65 MAIN STREET, PO BOX 181
KEYPORT, NJ 07735

LAW OFFICE OF WARREN BRUMEL
65 MAIN STREET, PO BOX 181
KEYPORT, NJ 07735

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Yanique Roberts

21-095793 - JaT