| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-15786 / MBK**

Eric L Nelson
Donna L Nelson

Petition Filed Date: 04/23/2020
341 Hearing Date: 05/21/2020
Confirmation Date: 06/10/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2021 | $220.00 | 73933780 | 02/23/2021 | $220.00 | 74700300 | 03/19/2021 | $220.00 | 75365800 |
| 04/22/2021 | $350.00 | 76159040 | 05/20/2021 | $350.00 | 76834320 | 06/18/2021 | $350.00 | 77491870 |
| 07/26/2021 | $350.00 | 78299180 | 07/26/2021 | $350.00 | 78345360 | 09/17/2021 | $350.00 | 79530480 |
| 10/25/2021 | $350.00 | 80352980 | 11/22/2021 | $350.00 | 80938060 | 01/04/2022 | $350.00 | 81878000 |
| 01/24/2022 | $350.00 | 82273310 | | | | | | |

**Total Receipts for the Period: $4,160.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,140.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eric L Nelson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq. | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2019 | Priority Crediors | $543.59 | $0.00 | $543.59 |
| 2 | DISCOVER BANK | Unsecured Creditors | $798.38 | $0.00 | $798.38 |
| 3 | ALLY FINANCIAL<br>»» 2008 DODGE RAM PICKUP | Debt Secured by Vehicle | $13.62 | $0.00 | $13.62 |
| 4 | ALLY CAPITAL<br>»» 2018 HYUNDAI SANTA FE | Debt Secured by Vehicle | $78.05 | $15.64 | $62.41 |
| 5 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $348.28 | $0.00 | $348.28 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» FAIR SQUARE | Unsecured Creditors | $378.67 | $0.00 | $378.67 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,559.70 | $0.00 | $1,559.70 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,586.93 | $0.00 | $2,586.93 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,425.14 | $0.00 | $1,425.14 |
| 10 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» P/843 MAIN ST/1ST MTG/NATIONSTAR/MTGLC | Mortgage Arrears | $4,261.66 | $1,481.41 | $2,780.25 |
| 11 | NJ DIVISION OF TAXATION<br>»» 2019 | Priority Crediors<br>No Disbursements: Removed From Plan | $0.00 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $417.56 | $0.00 | $417.56 |
| 13 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $774.41 | $0.00 | $774.41 |

**Chapter 13 Case No. 20-15786 / MBK**

| | | | | | |
|---|---|---|---|---|---:|
| 14 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $2,393.26 | $0.00 | $2,393.26 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BIG LOTS | Unsecured Creditors | $625.47 | $0.00 | $625.47 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BOSCOV'S | Unsecured Creditors | $1,208.46 | $0.00 | $1,208.46 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BARCLAYS/MERCURY MC | Unsecured Creditors | $3,815.01 | $0.00 | $3,815.01 |
| 18 | QUANTUM3 GROUP LLC<br>»» AVENUE | Unsecured Creditors | $828.11 | $0.00 | $828.11 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $6,140.00 | Plan Balance: | $4,900.00 ** |
| Paid to Claims: | $4,997.05 | Current Monthly Payment: | $350.00 |
| Paid to Trustee: | $485.52 | Arrearages: | $0.00 |
| Funds on Hand: | $657.43 | Total Plan Base: | $11,040.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!**  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.