|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST | |

| | |
|---|---|
| In Re:<br><br>Eric L. Nelson &<br>Donna L. Nelson<br><br>Debtors | Case No.: 20-15786-MBK<br><br>Adversary No.: _____<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST
(Example: John Smith, creditor)

Old address:   Selene Finance, LP
Attn: BK Dept.
9990 Richmond Ave. Suite 400 South
Houston, TX 77042

New address:   (Notices) Selene Finance, LP
Attn: BK Dept.
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

(Payments) Selene Finance, LP
Attn: BK Dept.
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   _06/20/2022_____         __/s/Aleisha C Jennings_____
                    Signature

*rev.2/1/16*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on _____June 22, 2022_____, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Eric L Nelson**
843 Main Street
Belford, NJ 07718

**Donna L Nelson**
843 Main Street
Belford, NJ 07718

And via electronic mail to:

**Warren Brumel**
Law Office of Warren Brumel
65 Main Street
PO Box 181
Keyport, NJ 07735

**Albert Russo**
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Isabelle Rogers

*rev.2/1/16*