| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-15786 / MBK**

Eric L Nelson
Donna L Nelson

Petition Filed Date: 04/23/2020
341 Hearing Date: 05/21/2020
Confirmation Date: 06/10/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2022 | $350.00 | 81878000 | 01/24/2022 | $350.00 | 82273310 | 02/17/2022 | $350.00 | 82825140 |
| 03/21/2022 | $350.00 | 83489010 | 04/26/2022 | $350.00 | 84205940 | 06/06/2022 | $350.00 | 85140880 |
| 06/16/2022 | $350.00 | 85324880 | 08/03/2022 | $350.00 | 86275020 | 08/30/2022 | $350.00 | 86758330 |
| 09/22/2022 | $350.00 | 87220440 | 10/20/2022 | $350.00 | 87781400 | 11/22/2022 | $350.00 | 88399640 |
| 12/28/2022 | $350.00 | 89038060 | 01/20/2023 | $350.00 | 89495080 | 02/17/2023 | $350.00 | 90043830 |

**Total Receipts for the Period: $5,250.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,690.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eric L Nelson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq. | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2019 | Priority Crediors | $543.59 | $543.59 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $798.38 | $52.19 | $746.19 |
| 3 | ALLY FINANCIAL<br>»»  2008 DODGE RAM PICKUP | Debt Secured by Vehicle | $13.62 | $13.62 | $0.00 |
| 4 | ALLY CAPITAL<br>»»  2018 HYUNDAI SANTA FE | Debt Secured by Vehicle | $78.05 | $78.05 | $0.00 |
| 5 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $348.28 | $16.17 | $332.11 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  FAIR SQUARE | Unsecured Creditors | $378.67 | $17.58 | $361.09 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,559.70 | $101.94 | $1,457.76 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,586.93 | $169.09 | $2,417.84 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,425.14 | $93.15 | $1,331.99 |
| 10 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>»»  P/843 MAIN ST/1ST MTG/NATIONSTAR/MTGLC | Mortgage Arrears | $4,261.66 | $4,261.66 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»»  2019 | Priority Crediors<br>No Disbursements: Removed From Plan | $0.00 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $417.56 | $19.39 | $398.17 |
| 13 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $774.41 | $50.61 | $723.80 |

Chapter 13 Case No. 20-15786 / MBK

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $2,393.26 | $156.43 | $2,236.83 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BIG LOTS | Unsecured Creditors | $625.47 | $40.89 | $584.58 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BOSCOV'S | Unsecured Creditors | $1,208.46 | $78.99 | $1,129.47 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BARCLAYS/MERCURY MC | Unsecured Creditors | $3,815.01 | $249.34 | $3,565.67 |
| 18 | QUANTUM3 GROUP LLC<br>»»  AVENUE | Unsecured Creditors | $828.11 | $54.13 | $773.98 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,690.00 | Plan Balance: | $350.00 ** |
| Paid to Claims: | $9,496.82 | Current Monthly Payment: | $350.00 |
| Paid to Trustee: | $846.72 | Arrearages: | $0.00 |
| Funds on Hand: | $346.46 | Total Plan Base: | $11,040.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more  information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.