Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.: 20–15786–MBK
                                Chapter: 13
                                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eric L Nelson | Donna L Nelson |
| 843 Main Street | 843 Main Street |
| Belford, NJ 07718 | Belford, NJ 07718 |

Social Security No.:
  xxx–xx–5851                                             xxx–xx–1055

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Eric L Nelson and Donna L Nelson</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: April 14, 2023
JAN: pbf

                                                                   <u>Jeanne Naughton, Clerk</u>