**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eric L Nelson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5851<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Donna L Nelson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1055<br>EIN  __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   20–15786–MBK

# Order of Discharge                                                                12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eric L Nelson                              Donna L Nelson

<u>5/30/23</u>                                    **By the court:** <u>Michael B. Kaplan</u>
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 20-15786-MBK

Eric L Nelson　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

Donna L Nelson

　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 3
Date Rcvd: May 30, 2023　　　　　　　Form ID: 3180W　　　　　　　　Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric L Nelson, Donna L Nelson, 843 Main Street, Belford, NJ 07718-1077 |
| 518810252 | | ADT Security Services, 14200 East Exposition Avenue, Aurora, CO 80012-2540 |
| 518810253 | + | Ally Financial - Dodge, Att: Bankruptcy Dept, PO Box 380901, Bloomington, MN 55438-0901 |
| 518810254 | + | Ally Financial - Hyundai, Att: Bankruptcy Dept, PO Box 380901, Bloomington, MN 55438-0901 |
| 518810262 | + | HESAA, PO Box 548, Trenton, NJ 08625-0548 |
| 518810261 | | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 518810266 | + | Med Labs Diagnostics, 85 Horse Hill Road, Cedar Knolls, NJ 07927-2036 |
| 518810269 | | NJ Higher Ed Student Assist Auth, PO Box 548, Trenton, NJ 08625-0548 |
| 518810271 | | State of NJ Div of Tax, Att: Compliance & Enforcement - Bkcy, 50 Barrack St, 9th Floor, PO Box 112, Trenton, NJ 08695-0269 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 30 2023 22:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 30 2023 22:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 30 2023 22:48:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 518832471 | | EDI: GMACFS.COM | May 31 2023 02:35:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519262504 | + | EDI: AISACG.COM | May 31 2023 02:35:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519237690 | + | EDI: AISACG.COM | May 31 2023 02:35:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518832389 | | EDI: GMACFS.COM | May 31 2023 02:35:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518810255 | | EDI: WFNNB.COM | May 31 2023 02:35:00 | Avenue, WFNNB, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518810256 | | EDI: WFNNB.COM | May 31 2023 02:35:00 | Big Lots-Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 518810257 | | EDI: WFNNB.COM | May 31 2023 02:35:00 | Boscov's, PO Box 183003, Columbus, OH 43218-3003 |
| 518810258 | | EDI: CAPITALONE.COM | May 31 2023 02:35:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518854576 | + | EDI: AIS.COM | | |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 518837010 | | Email/PDF: bncnotices@becket-lee.com | May 31 2023 02:35:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| | | | May 30 2023 23:02:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518810259 | + | Email/PDF: creditonebknotifications@resurgent.com | May 30 2023 23:01:45 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518810260 | + | EDI: DISCOVER.COM | May 31 2023 02:35:00 | Discover Bank, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 518816319 | | EDI: DISCOVER.COM | May 31 2023 02:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518843126 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 30 2023 22:47:38 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518810264 | | EDI: IRS.COM | May 31 2023 02:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518810265 | | Email/Text: PBNCNotifications@peritusservices.com | May 30 2023 22:48:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518868414 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2023 23:01:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519118471 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 30 2023 22:49:00 | MTGLQ Investors, L.P., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, MTGLQ Investors, L.P., Serviced by Select Portfolio Servicing, |
| 519118470 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 30 2023 22:49:00 | MTGLQ Investors, L.P., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518810267 | | Email/Text: Mercury@ebn.phinsolutions.com | May 30 2023 22:48:00 | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 518860720 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 30 2023 22:48:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 518824912 | + | Email/Text: RASEBN@raslg.com | May 30 2023 22:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518810268 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 30 2023 22:48:00 | Nationstar Mortgage dba Mr. Cooper, Att: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518810270 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 30 2023 23:01:11 | Ollo Mastercard, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519012823 | | EDI: PRA.COM | May 31 2023 02:35:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519012824 | | EDI: PRA.COM | May 31 2023 02:35:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518874498 | | EDI: Q3G.COM | May 31 2023 02:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518874496 | | EDI: Q3G.COM | May 31 2023 02:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518874497 | | EDI: Q3G.COM | May 31 2023 02:35:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519321583 | + | Email/Text: bkteam@selenefinance.com | May 30 2023 22:48:00 | Wilmington Savings Fund Society, Selene Finance, LP, Attn: BK Dept., 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: May 30, 2023 | Form ID: 3180W | Total Noticed: 42
TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518810263 | * | Internal Revenue Service, Insolvency Unit, PO Box 744, Springfield, NJ 07081 |
| 519321584 | *+ | Wilmington Savings Fund Society, Selene Finance, LP, Attn: BK Dept., 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ INVESTORS  L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com, kimwilson@raslg.com |
| Sindi Mncina | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Eric L Nelson wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| Warren Brumel | on behalf of Joint Debtor Donna L Nelson wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 10